DUFFY-MOTT COMPANY, INC., Plaintiff, v. CHARLES F. HOLLWEDEL and Others, Defendants. CHARLES F. HOLLWEDEL, Respondent, v. DUFFY-MOTT COMPANY, INC., Appellant.— Whether the plaintiff Hollwedel had a contract of employment

for a definite period of ten years, or employment only so long as the defendant Duffy-Mott Company, Inc., desired protection of the restrictive covenant, presents a question the ultimate determination of which must await a full adducement of all the facts and surrounding circumstances. Order affirmed, with ten dollars costs and disbursements. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.